UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------- -----------X

IN RE:

L. DA VINCI & CO., INC.,

Debtor.
-----------------------------------------------------------X

Firm #20-8104897

Chapter 11

Case No.: 810-78037
**AFFIDAVIT PURSUANT
TO RULE 1007-4**

**LOUIS LEGGIO,** hereby states and affirms under the penalties of perjury:

1.      I am the President of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

2.      The business of the debtor is a woodworking company. This Chapter 11 was required due to a lien against the debtor's bank account. The debtor is a small business, and no committee was organized prior to the order for relief in the Chapter 11 case.

3.      On October 12, 2010, the debtor filed its original petition for reorganization of its debts under Chapter 11 of the Bankruptcy Code.

4.      The debtor is required to file a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote a creditors meeting under 11 U.S.C. 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors and the list of the five largest secured creditors have already been filed. A copy of those lists are annexed hereto as Exhibit "A".

5.      There are no secured creditors. The Debtor has total assets of fifty-seven thousand twenty ($57,020.00) dollars and total liabilities of approximately five hundred nine thousand ($509,000.00) dollars. A summary of debtor's assets and liabilities are attached

herewith as Exhibit "B", which includes a listing of the status of each action or proceeding, pending or threatened against the debtor or its property.

6.  The location of the debtor's business, as well as the books and records, are at the primary offices which are located at 616 Merrick Road, Lynbrook, NY 11563, which debtor leases.

7.  None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any entity other than money restrained in its bank account.

8.  All stock issued and outstanding is common stock of one class, 100% being held by Louis Leggio, President. The information as to the shares are attached hereto as Exhibit "C". As President of the debtor, Louis Leggio is responsible for the day-to-day operations of the business. He has over thirty (30) years experience in the woodworking industry. The current management will manage the debtor as Debtor-In-Possession. Louis Leggio earns a gross salary of eight hundred ($800.00) dollars per week. There are no other officers or directors.

9.  The debtor has two (2) employees. The monthly gross payroll is six thousand four hundred fifty ($6,450.00) dollars.

10. Debtor's estimated monthly operating expenses are approximately $17,186.66 for the first thirty (30) day post-petition period. Past due amounts to creditors are not included herein as operating expenses, since they will be dealt with under the Plan of Reorganization. A schedule for the 30-day period following the filing of this petition of estimated monthly receipts and disbursements are as follows:

| Receipts | $21,000.00 | |
|---|---|---|
| Expenses: | $6,000.00 | – Rent |
| | $6,450.00 | – Payroll |
| | $2,620.00 | – Utilities |
| | $1,500.00 | – Insurance |
| | $50.00 | – Window Washing |

$566.66          - Truck insurance and gas
$17,186.66

11.     The debtor expects **gross** income from its business operations to be approximately

twenty-one thousand ($21,000.00) dollars in the first thirty (30) day post-petition period.

12.     The needs and interest of the debtor and its creditors will be best served by the

debtor's continued operation and management of its assets. The debtor believes that the interest

of all parties would be best served by the continuation of the debtor's operations and property

management as debtor-in-possession under Chapter 11 until confirmation of a reorganization

plan.

Dated:   Garden City, New York
         October 12, 2010

By:  Louis Leggio, President

Sworn to before me this
12th day of October, 2010

Notary Public

LILLIAN M. GAYLOR
NOTARY PUBLIC, State of New York
No. 4624287
Qualified in Nassau County
Commission Expires December 31, 2010

3

EXHIBIT "A"

# United States Bankruptcy Court
## Eastern District of New York

In re  **L. DA VINCI & CO., INC.** _____     Case No. _____

                                            Debtor(s)                    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Broadview<br>PO Box 26021<br>New York, NY 10087 | Broadview<br>PO Box 26021<br>New York, NY 10087 | Services | Disputed | 1,827.02 |
| BWI Bridge Water<br>210 Industrial Pkwy<br>Somerville, NJ 08876 | BWI Bridge Water<br>210 Industrial Pkwy<br>Somerville, NJ 08876 | Vendor | Disputed | 9,385.78 |
| Consolidated Lumber<br>90 Oak Street<br>Clifton, NJ 07014 | Consolidated Lumber<br>90 Oak Street<br>Clifton, NJ 07014 | Vendor | Disputed | 1,058.08 |
| Empire Blue Cross<br>PO Box 11532A<br>New York, NY 10286 | Empire Blue Cross<br>PO Box 11532A<br>New York, NY 10286 | Vendor | Disputed | 1,479.54 |
| Emtek<br>15250 E. Stafford St<br>City of Industry, CA 91744 | Emtek<br>15250 E. Stafford St<br>City of Industry, CA 91744 | Vendor | Disputed | 841.00 |
| Garden State Lumber<br>18 Muller Road<br>Oakland, NJ 07436 | Garden State Lumber<br>18 Muller Road<br>Oakland, NJ 07436 | Vendor | Disputed | 869.19 |
| Holt & Bugbee Co.<br>1600 Shawsheen St<br>Tewksbury, MA 01876 | Holt & Bugbee Co.<br>1600 Shawsheen St<br>Tewksbury, MA 01876 | Vendor | Disputed | 1,024.10 |
| IRS - Special Procedures<br>10 Metro Tech Center<br>625 Fulton Avenue<br>Brooklyn, NY 11201 | IRS - Special Procedures<br>10 Metro Tech Center<br>625 Fulton Avenue<br>Brooklyn, NY 11201 | Payroll Taxes | | 13,698.75 |
| Jeld Wen Inc.<br>c/o Sarno & DeFelice<br>235 West 23rd St, Fl 5<br>New York, NY 10011 | Jeld Wen Inc.<br>c/o Sarno & DeFelice<br>235 West 23rd St, Fl 5<br>New York, NY 10011 | Judgment within 90 days | Disputed | 38,763.68 |
| Limited Edition Glass Co.<br>51 Delta Park Blvd<br>Brampton, Ontario<br>Canada L6T5E7 | Limited Edition Glass Co.<br>51 Delta Park Blvd<br>Brampton, Ontario | Vendor | Disputed | 4,130.72 |
| LIPA<br>PO Box 888<br>Hicksville, NY 11802 | LIPA<br>PO Box 888<br>Hicksville, NY 11802 | Services | Disputed | 754.42 |

In re   **L. DA VINCI & CO., INC.**                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Martin Egre, CPA<br>585 Stewart Avenue, #326<br>Garden City, NY 11530 | Martin Egre, CPA<br>585 Stewart Avenue, #326<br>Garden City, NY 11530 | Accounting Services | Disputed | 900.00 |
| Masonite Corp.<br>PO Box 934935<br>Atlanta, GA 31193 | Masonite Corp.<br>PO Box 934935<br>Atlanta, GA 31193 | Vendor | Disputed | 310.28 |
| Myriad Properties<br>52 Davison Avenue<br>East Rockaway, NY 11518 | Myriad Properties<br>52 Davison Avenue<br>East Rockaway, NY 11518 | Back Rent | Disputed | 294,000.00 |
| National Grid<br>175 E. Old Country Road<br>Hicksville, NY 11801 | National Grid<br>175 E. Old Country Road<br>Hicksville, NY 11801 | Services | Disputed | 1,166.18 |
| Newsday<br>235 Pinelawn Road<br>Melville, NY 11747 | Newsday<br>235 Pinelawn Road<br>Melville, NY 11747 | Subscription | Disputed | 245.00 |
| NYS Dept of Tax & Finance<br>Bankruptcy Unit-TCD<br>Bldg 8, Room 455<br>W.A. Harriman State Campu<br>Albany, NY 12227 | NYS Dept of Tax & Finance<br>Bankruptcy Unit-TCD<br>Bldg 8, Room 455<br>Albany, NY 12227 | Payroll Taxes | | 3,105.01 |
| Provia Doors<br>2150 SR 39<br>Sugarcreek, OH 44681 | Provia Doors<br>2150 SR 39<br>Sugarcreek, OH 44681 | Vendor | Disputed | 1,629.75 |
| Reeb Millwork<br>Lockbox #1217 PO Box<br>Philadelphia, PA 19178 | Reeb Millwork<br>Lockbox #1217 PO Box<br>Philadelphia, PA 19178 | Vendor | Disputed | 265.59 |
| Yellow Book<br>PO Box 3162<br>Cedar Rapids, IA 52406 | Yellow Book<br>PO Box 3162<br>Cedar Rapids, IA 52406 | Services | Disputed | 561.34 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 8, 2010**                          Signature   **/s/ Louis Leggio**
                                                                 **Louis Leggio**
                                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

EXHIBIT "B"

In re    **L. DA VINCI & CO., INC.**                           Case No. _____
,
                                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 |  |

  **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **L. DA VINCI & CO., INC.**                    Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash - Debtor's Business** | - | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Acct at State Bank of Long Island (Acct #: 0031715519)** | - | 29,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Various furniture (desks, file cabinents, chairs) - Business location** | - | 500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                       Sub-Total >        **29,520.00**
                                                (Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

In re   **L. DA VINCI & CO., INC.**                           Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Various accounts receiveables due to business (most is non-collectible)** | - | 10,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >       10,000.00<br>(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re    **L. DA VINCI & CO., INC.**                                      Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | '00 Ford Truck - Business location | - | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Various Hand Tools - Business location | - | 1,500.00 |
| 30. Inventory. | | Doors & Moldings - Business location | - | 12,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                Sub-Total >      **17,500.00**
                                      (Total of this page)
                                                Total >        **57,020.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

                                          (Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **L. DA VINCI & CO., INC.**                                              Case No. _____

                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

_0_ continuation sheets attached

|  | | | | Subtotal (Total of this page) | | |
|---|---|---|---|---|---|---|
|  | | | | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re     **L. DA VINCI & CO., INC.**           Case No. _____

                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                   **1**     continuation sheets attached

In re   **L. DA VINCI & CO., INC.**                                              Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **L. DaVinci & Co, Inc.** **IRS - Special Procedures** **10 Metro Tech Center** **625 Fulton Avenue** **Brooklyn, NY 11201** | - | | 2010 (Jan-July) **Payroll Taxes** | | | | 13,698.75 | 0.00 13,698.75 | |
| Account No. **L. DaVinci & Co, Inc.** **NYS Dept of Tax & Finance** **Bankruptcy Unit-TCD** **Bldg 8, Room 455** **W.A. Harriman State Campu** **Albany, NY 12227** | - | | 2010 (Jan-July) **Payroll Taxes** | | | | 3,105.01 | 0.00 3,105.01 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet   1   of   1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 16,803.76 | 16,803.76 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 16,803.76 | 16,803.76 |

B6F (Official Form 6F) (12/07)

In re  **L. DA VINCI & CO., INC.**                                  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx-xxx-6666<br><br>**Broadview**<br>**PO Box 26021**<br>**New York, NY 10087** | - | | | | 2010<br>Services | | | X | 1,827.02 |
| Account No. 147<br><br>**Brook Window Cleaning**<br>**375 Sunrise Hwy**<br>**Lynbrook, NY 11563** | - | | | | 2010<br>Services | | | X | 97.76 |
| Account No. xx6666<br><br>**BWI Bridge Water**<br>**210 Industrial Pkwy**<br>**Somerville, NJ 08876** | - | | | | 2009<br>Vendor | | | X | 9,385.78 |
| Account No. xx1137<br><br>**Consolidated Lumber**<br>**90 Oak Street**<br>**Clifton, NJ 07014** | - | | | | 2010<br>Vendor | | | X | 1,058.08 |

  **4**   continuation sheets attached

Subtotal                     **12,368.64**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:35483-100831    Best Case Bankruptcy

In re    **L. DA VINCI & CO., INC.**          Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6430**<br><br>Deltana Enterprises<br>10820 NW 29 St<br>Miami, FL 33172 | - | | 2010<br>Vendor | | | X | 38.11 |
| Account No. **xxxx88/A1**<br><br>Empire Blue Cross<br>PO Box 11532A<br>New York, NY 10286 | - | | 2010<br>Vendor | | | X | 1,479.54 |
| Account No. **xxx2056**<br><br>Emtek<br>15250 E. Stafford St<br>City of Industry, CA 91744 | - | | 2010<br>Vendor | | | X | 841.00 |
| Account No. **742**<br><br>Garden State Lumber<br>18 Muller Road<br>Oakland, NJ 07436 | - | | 2010<br>Vendor | | | X | 869.19 |
| Account No. **xxxxxxx0001**<br><br>Holt & Bugbee Co.<br>1600 Shawsheen St<br>Tewksbury, MA 01876 | - | | 2010<br>Vendor | | | X | 1,024.10 |

Sheet no. __1__ of __4__ sheets attached to Schedule of               Subtotal         | **4,251.94**
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

In re   **L. DA VINCI & CO., INC.**                                Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **Index #7425/1008**<br><br>Jeld Wen Inc.<br>c/o Sarno & DeFelice<br>235 West 23rd St, Fl 5<br>New York, NY 10011 | - | | | | **2008**<br>**Judgment within 90 days** | | | X | 38,763.68 |
| Account No. **LDAVIN**<br><br>Limited Edition Glass Co.<br>51 Delta Park Blvd<br>Brampton, Ontario<br>Canada L6T5E7 | - | | | | **2010**<br>**Vendor** | | | X | 4,130.72 |
| Account No. **xxxx-xxx4-567**<br><br>LIPA<br>PO Box 888<br>Hicksville, NY 11802 | - | | | | **2010**<br>**Services** | | | X | 754.42 |
| Account No.<br><br>Louis & Melinda Leggio<br>52 Davison Avenue<br>East Rockaway, NY 11518 | - | | | | **1999-2010**<br>**Personal loan for sales tax, utility bills, inventory** | | | | 150,000.00 |
| Account No. **xxxx-xxx809-1**<br><br>Martin Egre, CPA<br>585 Stewart Avenue, #326<br>Garden City, NY 11530 | - | | | | **2010**<br>**Accounting Services** | | | X | 900.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **194,548.82**

In re   **L. DA VINCI & CO., INC.**                         Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx3359<br><br>Masonite Corp.<br>PO Box 934935<br>Atlanta, GA 31193 | - | | 2010<br>Vendor | | | X | 310.28 |
| Account No. L. Da Vinci & Co., Inc.<br><br>Myriad Properties<br>52 Davison Avenue<br>East Rockaway, NY 11518 | - | | 2005-2010<br>Back Rent | | | X | 294,000.00 |
| Account No. xxxx-xxx809-1<br><br>National Grid<br>175 E. Old Country Road<br>Hicksville, NY 11801 | - | | 2010<br>Services | | | X | 1,166.18 |
| Account No. xx5355<br><br>Newsday<br>235 Pinelawn Road<br>Melville, NY 11747 | - | | 2010<br>Subscription | | | X | 245.00 |
| Account No. xx0100<br><br>Provia Doors<br>2150 SR 39<br>Sugarcreek, OH 44681 | - | | 2010<br>Vendor | | | X | 1,629.75 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal
      (Total of this page)          **297,351.21**

In re   **L. DA VINCI & CO., INC.**                            ,       Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx1334 <br><br> Quill.com <br> PO Box 37600 <br> Philadelphia, PA 19101 | - | | 2010 <br> Vendor | | | X | 53.12 |
| Account No. xx-xx1439 <br><br> Reeb Millwork <br> Lockbox #1217 PO Box <br> Philadelphia, PA 19178 | - | | 2010 <br> Vendor | | | X | 265.59 |
| Account No. xxxxxx9018 <br><br> TND Top Notch Distr. <br> PO Box 189 <br> Honesdale, PA 18431 | - | | 2010 <br> Vendor | | | X | 242.97 |
| Account No. xx7M48 <br><br> Yellow Book <br> PO Box 3162 <br> Cedar Rapids, IA 52406 | - | | 2010 <br> Services | | | X | 561.34 |
| Account No. <br><br><br> | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 1,123.02 |
| Total <br> (Report on Summary of Schedules) | 509,643.63 |

None ☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Louis & Melinda Leggio**<br>**52 Davison Avenue**<br>**East Rockaway, NY 11518**<br>  **President and his wife** | **Receives employment compensation from debtor** | **Salary only** | **Salary** |

---

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jeld Wen Inc c/o Sarno & Defelice v. L. Da Vinci & Co., Index #: 7425/1008** | **Judgment** | **Nassau Supreme Court** | **Judgment** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jeld Wen Inc.**<br>**c/o Sarno & Defelice**<br>**235 West 23rd Street, Fl 5**<br>**New York, NY 10011** | **September, 2010** | **Checking acct at State Bank of LI being frozen, $29K in account** |

---

#### 5. Repossessions, foreclosures and returns

None     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

#### 6. Assignments and receiverships

None     a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**EXHIBIT "C"**

# United States Bankruptcy Court
### Eastern District of New York

In re    **L. DA VINCI & CO., INC.**

_____ , _____

                    Debtor

Case No._____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Louis Leggio<br>52 Davison Avenue<br>East Rockaway, NY 11518 | | | **100% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**September 30, 2010**_____

Signature **/s/ Louis Leggio**_____
                    **Louis Leggio**
                    **President**

_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders